**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Francisco GALAZ–CHAPARRO,
Defendant–Appellant.**

No. 12–10145.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Sept. 10, 2012.*

Filed Sept. 14, 2012.

Matthew Cassell, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Mark Willimann, Tucson, AZ, for Defendant–Appellant.

Francisco Galaz–Chaparro, pro se.

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Francisco Galaz–Chaparro appeals from the 63–month sentence imposed following his guilty-plea conviction for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Galaz–Chaparro contends that his sentence is substantively unreasonable in light of his personal situation, his unique characteristics, and the true nature of his non-violent criminal history. The record reflects that under the totality of the circumstances, including Chaparro's most recent re-entry only four months after his last deportation, the sentence within the Guidelines range is not substantively unreasonable. See 18 U.S.C. § 3553(a); Gall v.

---

*United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).[1]

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

1. Galaz–Chaparro's motion, filed on August 21, 2012, requesting an extension of time to file his reply brief is granted. The reply brief received on August 21, 2012, is deemed filed.

